STATE of Missouri, Respondent,

v.

Ira NEAL, Appellant.

No. 63690.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction for possession of a controlled substance. Finding no error, we affirm. We further find an opinion would serve no jurisprudential purpose and affirm by written summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.

■

STATE of Missouri, Respondent,

v.

Clarence E. GEIGER, Sr., Appellant.

No. 63851.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

Jeffrey P. Dix, Jackson, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction for possession of a controlled substance. Finding no error, we affirm. Further, an opinion in this case would have no jurisprudential purpose and we dispose of it by summary order. Rule 30.25(b). A memorandum has been provided for the parties' use only.